UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARK ALAN HOCHLEUTNER,

        Plaintiff,

  v.                                        Case No. 11-C-378

TRACY L METZ, et al.,

        Defendants.

**ORDER**

On January 11, 2012, Plaintiff Mark Hochleutner filed a motion requesting relief in the form of an order requiring the Department of Corrections to grant him a "legal loan" for legal supplies, photocopies, and postage. (ECF No. 40 ¶¶ 1–2.) The motion will be denied.

A prison inmate has "no constitutional entitlement to subsidy," *Lewis v. Sullivan*, 279 F.3d 526, 528 (7th Cir. 2002), to prosecute a civil suit. Like any other civil litigant, he must decide which of his legal actions is important enough to fund. *Lucien v. DeTella*, 141 F.3d 773, 774 (7th Cir. 1998). Hochleutner certainly has the right of access to the court. But just as the constitutional right to travel does not mean the government has to pay for the airline ticket, Hochleutner's right to access the courts does not mean the government has to extend him a legal loan to pursue his case. Accordingly, the motion for a legal loan, Docket 40, is DENIED.

Dated this   17th   day of January, 2012.

                                              s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge